IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

_____
TED A. MCCRACKEN                      :   CIVIL ACTION
         Plaintiff,                  :
                                      :
     v.                              :   No. 08-2932
                                      :
EXXON/MOBIL COMPANY et al.            :
         Defendants.                 :
_____

ORDER

**AND NOW**, this 16th day of November, 2009, upon consideration of Defendants' Motions to Dismiss (doc. nos. 7, 8, 12, 16, 55) and Plaintiff's responses thereto, it is **ORDERED** that said motions are **GRANTED**. For the reasons set forth in the attached Opinion, the unserved Complaints filed against Texaco and Hess Oil Company are also dismissed; however the claims against Texaco and Hess Oil Company alleging breach of warranty of merchantability are dismissed without prejudice.

It is further **ORDERED** that Plaintiff's four Motions for Leave to File an Amended Complaint (doc. nos. 29, 41, 44, 48) are **DENIED** and Defendants' Motions for Leave to File Reply Briefs in Support of Motions to Dismiss (doc. nos. 37, 38, 45) are **DENIED** as **MOOT.**

The Clerk's Office is **ORDERED** to mark this case closed.

                                    BY THE COURT:

                                    /s/ Mitchell S. Goldberg
                                    _____
                                    MITCHELL S. GOLDBERG, J.